FILE COPY

No. 07-25-00122-CR

| | | |
|---|---|---|
| Anthony Vazquez<br>    Appellant | § | From the 364th District Court<br>    of Lubbock County |
| | § | |
| v. | | August 28, 2025 |
| | § | |
| The State of Texas<br>    Appellee | § | Opinion by Justice Yarbrough |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 28, 2025, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o